**SHA-1 Hash:** 3B39460ABF5377A5830F532935B590D40086B834          **Title:** Girls Night Out
                                                                **Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 107.2.198.106 | 2/18/2012 22:53 | Lafayette | CO | Comcast Cable | BitTorrent |
| 2 | 24.8.180.84 | 2/12/2012 23:37 | Fort Collins | CO | Comcast Cable | BitTorrent |
| 3 | 24.8.187.24 | 12/23/2011 4:51 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 4 | 24.8.197.142 | 2/9/2012 9:45 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 5 | 24.8.71.137 | 11/23/2011 2:39 | Aurora | CO | Comcast Cable | BitTorrent |
| 6 | 24.8.72.194 | 12/29/2011 3:27 | Aurora | CO | Comcast Cable | BitTorrent |
| 7 | 24.9.129.28 | 11/21/2011 19:44 | Carbondale | CO | Comcast Cable | BitTorrent |
| 8 | 67.161.203.140 | 11/27/2011 1:24 | Edwards | CO | Comcast Cable | BitTorrent |
| 9 | 67.161.206.69 | 2/3/2012 17:03 | Fort Collins | CO | Comcast Cable | BitTorrent |
| 10 | 67.164.188.7 | 12/20/2011 19:49 | Denver | CO | Comcast Cable | BitTorrent |
| 11 | 67.165.233.238 | 12/30/2011 1:21 | Denver | CO | Comcast Cable | BitTorrent |
| 12 | 67.176.78.234 | 2/26/2012 23:46 | Boulder | CO | Comcast Cable | BitTorrent |
| 13 | 71.237.68.212 | 3/5/2012 13:04 | Boulder | CO | Comcast Cable | BitTorrent |
| 14 | 71.237.73.10 | 3/7/2012 6:18 | Boulder | CO | Comcast Cable | BitTorrent |
| 15 | 75.70.216.79 | 11/23/2011 1:20 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 16 | 75.71.235.248 | 2/5/2012 7:35 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 17 | 76.120.120.79 | 1/25/2012 4:44 | Fort Collins | CO | Comcast Cable | BitTorrent |
| 18 | 76.25.247.239 | 2/17/2012 17:04 | Arvada | CO | Comcast Cable | BitTorrent |
| 19 | 76.25.86.107 | 1/3/2012 0:43 | Englewood | CO | Comcast Cable | BitTorrent |
| 20 | 98.245.118.146 | 1/2/2012 4:42 | Boulder | CO | Comcast Cable | BitTorrent |
| 21 | 98.245.210.2 | 2/10/2012 7:13 | Denver | CO | Comcast Cable | BitTorrent |
| 22 | 98.245.8.74 | 3/3/2012 4:56 | Westminster | CO | Comcast Cable | BitTorrent |
| 23 | 98.245.80.147 | 2/25/2012 23:45 | Boulder | CO | Comcast Cable | BitTorrent |

EXHIBIT A

CO26