IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00836-MSK-MEH

MALIBU MEDIA LLC,

   Plaintiff,

v.

JOHN DOES 1-23,

   Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 9, 2012.**

   Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference [filed April 4, 2012; docket #9] does not appear to be materially different than the motion filed at docket #6 upon which Magistrate Judge Tafoya has already ruled (docket #10) and, thus, the present motion is **denied as moot**.