IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12–cv–00836-MSK-KMT

MALIBU MEDIA, LLC.

     Plaintiff,

v.

Does 1-23,

     Defendants.

---

**ORDER**

---

     Upon consideration of Defendant John Doe #10's Motion to Quash the Subpoena, and any opposition thereto, it is hereby ORDERED THAT: Plaintiff's April 12, 2012 subpoena issued to Comcast seeking information related to Defendant Doe #10 is hereby QUASHED.

DATED: _____ day of _____, 201__

     By: _____