IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00836-MSK-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-2, 4-10, 12, 14, 18-23,

    Defendants.

## ORDER TO SHOW CAUSE

**Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Defendant Doe #10's Motion to Quash the Subpoena [docket #37]. Plaintiff filed a response to the motion on July 6, 2012. Doe #10 did not file a reply and none of the parties provided the Court with a copy of the challenged subpoena. Thus, in response to this Court's August 30, 2012 order, Defendant filed a supplement containing a copy of the challenged subpoena. Docket #52. The subpoena is issued from the United States District Court for the District of Colorado, but seeks production from Comcast Corporation at an address located in Moorestown, New Jersey. Pursuant to Fed. R. Civ. P. 45(a)(2)(C), a subpoena must issue from the court for the district where the production or inspection is to be made.

The Court has no authority to enforce a subpoena that should be issued in another district where the requested production is to be made. *Oracle, USA, Inc. v. SAP AG*, No. 08-cv-02383-WDM-KMT, 2009 WL 1011321, at *1 (D. Colo. Apr. 14, 2009). Therefore, the Plaintiff is ordered to show cause in writing **on or before September 17, 2012** why the Court should not grant the motion to quash the subpoena.

Entered and dated at Denver, Colorado, this 6th day of September, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge