IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00836-MSK-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 7-8, 10,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 12, 2012.**

    In light of the Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe 10 Only [docket #55], Defendant Doe #10's Motion to Quash the Subpoena [filed June 15, 2012; docket #37] is **denied as moot**.